**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHRISTOPHER VARGAS,

                Plaintiff,                23 **CIVIL** 6517 (JLC)

      -v-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 14, 2024, the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York
          March 14, 2024

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                              **BY:**      *K. Mango*

                                                     **Deputy Clerk**